UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVA'S PHOTOGRAPHY, INC.,

                    Plaintiff,

     -v-

RACHEL KATZ, LLC,

                    Defendant.

CIVIL ACTION NO.: 20 Civ. 4663 (VEC) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

Plaintiff's counsel Richard Liebowitz has been suspended from the practice of law in the Southern District of New York on an interim basis pending further disciplinary proceedings. Accordingly, all deadlines are stayed for 30 days from the date of this order, and the resumption of the Settlement Conference on Tuesday, December 8, 2020 (ECF No 16) is ADJOURNED *sine die*.

Within 30 days of the date of this order, Plaintiff Eva's Photography, Inc. shall either appear through another attorney from the Leibowitz firm or an attorney other than one from the Leibowitz firm.   Plaintiff Eva's Photography cannot proceed pro se, and if unable to secure other counsel within 30 days, the case may be dismissed for failure to prosecute.   See Shapiro, Bernstein & Co. v. Continental Record Co., 386 F.2d 426, 427 (2d Cir. 1967) ("It is settled law that a corporation cannot appear other than by its attorney.") (internal citation omitted).

An attorney or paralegal from Mr. Leibowitz's firm, other than Mr. Leibowitz, shall serve a copy of this order on Plaintiff by **Friday, December 11, 2020**, and file proof of service of same by **Monday, December 14, 2020**.

Dated:        New York, New York
              December 2, 2020

                              SO ORDERED

**SARAH L. CAVE**
**United States Magistrate Judge**